UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONYA BRANNON,

Plaintiff,

v.

COLGATE-PALMOLIVE COMPANY,

Defendant.

25-CV-10288 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Pending before the Court is Defendant's motion to dismiss the Complaint for failure to state a claim, in which it argues, *inter alia*, that Plaintiff's claims should be dismissed because the product recall issued by it "did not apply to any product purchased before December 16, 2022." Dkt. 19 ("Mot.") at 2 (internal quotation marks omitted). In evaluating the motion, it is has come to the Court's attention that, on April 25, 2024, Judge Briccetti approved a class action settlement that included all consumers in the United States who purchased Fabuloso cleaning products, including the one at issue here, during a period beginning on December 14, 2022. *See Patora v. Colgate-Palmolive Co.*, No. 23-CV-1118, Dkt. 30-1 ("Class Settlement") at 3, Dkt. 43 ("Class Settlement Final Approval Order"). No later than November 4, 2026, Defendant shall submit a letter advising whether it has any visibility into why that class included individuals who purchased Fabuloso cleaning products between December 14 and December 16, 2026 and addressing the relevance, if any, of the Class Settlement to the pending motion. Plaintiff shall respond to Defendant's letter no later than November 11, 2026. To the extent that Defendant seeks to reply

to Plaintiff's response, it shall do so no later than November 13, 2026.

SO ORDERED.

Dated: October 29, 2026
New York, New York

Ronnie Abrams
United States District Judge